AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

WINWARD BORA LLC,
    Plaintiff(s),
V.
ROYSTON D. BROWNE; et al,
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-CV-04748

Notice is hereby given that, subject to approval by the court, **Winward Bora LLC** (Party(s) Name) substitutes **Benjamin M. Kahrl** (Name of New Attorney), State Bar No. **3059912** as counsel of record in place of **Alan H. Weinreb and Alan Smikun** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Office of Benjamin M. Kahrl, P.C. |
| Address: | 100 Park Avenue, New York, New York 10017 |
| Telephone: | (202) 374-3475    Facsimile (212) 880-6499 |
| E-Mail (Optional): | benkahrl@benkahrllaw.com |

I consent to the above substitution.
Date: 7/15/2020
_Yonel Devico_
(Signature of Party(s))

I consent to being substituted.
Date: 7/15/2020
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/15/2020
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/15/2020
**J. PAUL OETKEN**
United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]