

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDWARD BORA LLC,

        Plaintiff,

-against-

CONSTANCE R. BROWNE, et al.

        Defendants.

20-CV-4748 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated September 23, 2020 (Dkt. No. 23), the Court directed the parties to submit a joint Pre-Conference Statement by October 19, 2020. No such letter has been filed. No later than **October 22, 2020**, the parties shall file their joint Pre-Conference Statement.

Dated: New York, New York
       October 20, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**