

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDWARD BORA LLC,

        Plaintiff,

-against-

CONSTANCE R. BROWNE, et al.

        Defendants.

20-CV-4748 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will conduct a further telephonic status conference on **February 16, 2021, at 11:00 a.m.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387. No later than **February 11, 2021**, the parties shall file a joint status letter, updating the Court on the status of discovery to date. The letter should also include the parties' positions as to whether a judicially-supervised settlement conference would be productive, and if so, when.

Dated: New York, New York
       January 12, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**