```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDWARD BORA LLC,

        Plaintiff,

-against-

CONSTANCE R. BROWNE, et al.

        Defendants.

20-CV-4748 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED that:

1. The parties shall conduct the 30(b)(6) deposition of plaintiff's corporate representative on February 24, 2021.

2. The parties shall promptly meet and confer in good faith to (a) arrange for plaintiff to produce the original note for inspection on the earliest date reasonably convenient for counsel and for defendants' expert; and (b) schedule the defendants' depositions on reasonably convenient dates within two weeks after the inspection of the note.

3. Once the parties have decided on dates for the inspection and the defendants' depositions, they shall submit a joint status letter updating the Court as to those dates and arrangements. Once the Court receives the letter, a revised discovery schedule will be entered with any necessary extensions.

Dated: New York, New York
       February 16, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**