```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/17/21___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDWARD BORA LLC,

              Plaintiff,

-against-

CONSTANCE R. BROWNE, et al.

              Defendants.

20-CV-4748 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

       By order dated February 16, 2021 (Dkt. No. 32), the Court directed the parties to submit a joint status letter updating the Court as to the dates for the note inspection and the defendants' depositions. No such letter has been filed. The parties shall submit the joint status letter no later than **March 22, 2021**.

Dated: New York, New York
      March 17, 2021

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**