```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/24/21__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDWARD BORA LLC,

        Plaintiff,

-against-

CONSTANCE R. BROWNE, et al.

        Defendants.

20-CV-4748 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint status letter dated March 22, 2021 (Dkt. No. 34), updating the Court on the status of discovery. The Court will conduct a telephonic status conference on **April 8, 2021, at 11:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       March 24, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**