

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDWARD BORA LLC,

    Plaintiff,

-against-

CONSTANCE R. BROWNE, et al.

    Defendants.

1:20-CV-4748 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The telephonic status conference previously scheduled for April 8, 2021, at 11:00 a.m. will instead begin at **12:00 p.m.** that same day, **April 8, 2021.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       March 25, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**