AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

Windward Bora LLC
    Plaintiff (s),
V.
Royston D. Browne; Constance R. Browne
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-cv-04748

Notice is hereby given that, subject to approval by the court, __Windward Bora LLC__ substitutes
(Party (s) Name)

__Alan H. Weinreb__, State Bar No. __1876226__ as counsel of record in
(Name of New Attorney)

place of __Christopher Brendan Spuches__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: The Margolin & Weinreb Law Group, LLP
    Address: 165 Eileen Way Suite 101, Syosset, New York 11791
    Telephone: (516) 921-3838     Facsimile
    E-Mail (Optional): alan@nyfclaw.com

I consent to the above substitution.
Date: 7/13/2021
    *Yonel Devico*
    (Signature of Party (s))

I consent to being substituted.
Date: 7/3/2021
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/3/2021
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 16, 2021
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]