

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINDWARD BORA LLC,

        Plaintiff,

-against-

CONSTANCE R. BROWNE, et al.

        Defendants.

1:20-CV-4748 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's status conference, it is hereby

ORDERED that:

1. No later than **August 26, 2021**, the parties shall meet and confer, in real time and in good faith, in a substantive attempt to resolve the discovery-related issues discussed on the record during today's conference. If the parties are able to resolve those issues without court intervention, they shall promptly so advise the Court in the form of a joint letter, filed no later than **August 30, 2021**. In that joint letter, the parties also shall propose a briefing schedule for their anticipated summary judgment motion(s).

2. If the parties require court intervention to resolve their discovery disputes, the party seeking relief shall submit a letter-application, complying with Moses Ind. Prac. § 2(b), no later than **August 30, 2021**. The opposing party shall file a response no later than **September 2, 2021**. An optional reply will be due **September 7, 2021**.

3. The Court will conduct a discovery conference on **September 13, 2021, at 11:00 a.m.** The conference will be conducted remotely using the Court's videoconferencing technology (Microsoft Teams). Members of the public may join the audio-only line by dialing (917) 933-2166 and entering the access code 949954877#. The Court will email counsel a video link in advance of the conference. The parties are reminded that it is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless the Court determines that more formal briefing is required.

Dated: New York, New York
       August 19, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**