**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WINDWARD BORA LLC,

                Plaintiff,

    -against-                                    20 **CIVIL** 4748 (BCM)

## JUDGMENT

ROYSTON D. BROWNE and CONSTANCE
R. BROWNE,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, plaintiff's motion for summary judgment is DENIED, defendants' cross-motion is GRANTED, and plaintiff's Complaint is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2023

                                                          **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                         **BY:**            *K. Mango*

                                                                   **Deputy Clerk**